CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | : | Civil Action No. 25-17400 |
| APPROXIMATELY $657,533 FORMERLY ON DEPOSIT IN CITIBANK ACCOUNT NUMBER XXXXXX5352 HELD IN THE NAME OF TRANSPO EXPRESS LLC, | : : | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| Defendant *in rem*. | : | |

WHEREAS, on or about November 13, 2025, the United States filed a Verified Complaint for Forfeiture *In Rem* (ECF No. 1; the "Verified Complaint") in the United States District Court for the District of New Jersey against the following property:

approximately $657,533 formerly on deposit in Citibank account number xxxxxx5352 held in the name of Transpo Express LLC

(the "Defendant Property"). The Verified Complaint alleged that the Defendant Property is subject to forfeiture, pursuant to: (1) 18 U.S.C. § 981(a)(1)(C), as property that constitutes or derived from proceeds traceable to wire fraud and a conspiracy to commit wire fraud; and (2) 18 U.S.C. § 981(a)(1)(A), as property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and/or 1957. In addition, the Verified Complaint alleged that 18 U.S.C. § 984 applies to the forfeiture of the Defendant Property;

WHEREAS, on or about November 24, 2025, the United States filed a Notice of Forfeiture (ECF No. 3, the "Notice of Forfeiture"). The Notice of Forfeiture stated that any person who wished to assert an interest in and avoid forfeiture of the

Defendant Property was required to file a verified claim with the Clerk of the Court no later than 35 days from the date the notice was sent; within 60 days from the first day of publication of notice on the government internet site www.forfeiture.gov; or within the time period that the Court allowed, provided that any request for an extension of time from the Court was made prior to the expiration of the time within which the person is required to file such verified claim. The Notice of Forfeiture also detailed the procedure for filing a claim and answer;

WHEREAS, on or about November 24, 2025, the United States sent copies of the Notice of Forfeiture and the Verified Complaint by Federal Express to the below-listed individual and entity:

a.  Kiara Coleman; and

b.  Transpo Express LLC

(*See* ECF No. 6, Declaration of Jaclyn N. Wyrwas Regarding Direct Notice);

WHEREAS, the United States published notice of the Verified Complaint on an official government internet site, http://www.forfeiture.gov, beginning on November 18, 2025, and running for 30 consecutive days, through December 17, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (*See* ECF No. 7, Declaration of Publication);

WHEREAS, no claims or answers were filed or made in this action, no other parties have appeared to contest the action to date, and the statutory time periods in which to do so have expired. *See* Supplemental Rules G(4)(b)(ii) and G(5)(a) and 18 U.S.C. § 983(a)(4).

WHEREAS, on February 6, 2026, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the United States filed a request for entry of a default by the Clerk of the Court (ECF No. 10);

WHEREAS, on February 9, 2026, the Clerk entered a default against the Defendant Property; and

WHEREAS, on February 9, 2026, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, the United States filed a motion for Default Judgment Final Order of Forfeiture (ECF No. 11).

NOW IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED:

1.      A Default Judgment and a Final Order of Forfeiture is granted and hereby entered against the Defendant Property, and, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(A), and 984, all right, title, and interest in the Defendant Property is hereby finally forfeited to and vested in the United States of America.

2.      The appropriate United States government agency, its agent, or designee shall dispose of the Defendant Property according to law.

3.      The Court shall retain jurisdiction in this case for the purpose of enforcing this Default Judgment and Final Order of Forfeiture.

ORDERED this  26th  day of  March, 2026.

s/ Stanley R. Chesler

_____

Honorable Stanley R. Chesler
United States District Judge